(93 South. 923)

Ex parte ESPY.  (4 Div. 6.)  (Supreme Court of Alabama.  June 22, 1922.)  Certiorari to Court of Appeals.

PER CURIAM.  Petition of Roberson Espy for certiorari to Court of Appeals to review and revise the judgment and decision of said court in the case of Roberson Espy v. State of Alabama, 18 Ala. App. 536, 93 South. 307.  Writ denied.

(93 South. 923)

FORSYTH v. GADSDEN RY. CO. et al.  (7 Div. 258.)  (Supreme Court of Alabama.  April 6, 1922.  Rehearing Denied May 11, 1922.)  Appeal from Circuit Court, Etowah County; Woodson J. Martin, Judge.  Miller & Graham, of Birmingham, for appellant.  Goodhue & Goodhue, of Gadsden, for appellees.

THOMAS, J.  The case of Forsyth v. Alabama City, Gadsden & Attalla Railway Company, 207 Ala. 488, 93 South. 401, is decisive of the instant appeal.  Affirmed.

(94 South. 921)

GARDNER v. STATE.  (6 Div. 728.)  (Supreme Court of Alabama.  Jan. 11, 1923.)  Appeal from Circuit Court, Jefferson County; William E. Fort, Judge.  Jas. Esdale, of Birmingham, for appellant.  Harwell G. Davis, Atty. Gen., for the State.

GARDNER, J.  Appellant was convicted of robbery, and his punishment fixed at life imprisonment.  The appeal is upon the record, there being no bill of exceptions.  No error appears, and the judgment of conviction will be here affirmed.  Affirmed.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.

(94 South. 921)

GREENE v. STATE.  (1 Div. 232.)  (Supreme Court of Alabama.  Nov. 23, 1922.)  Appeal from Circuit Court, Mobile County; Claude A. Grayson, Judge.

SOMERVILLE, J.  The appeal in this case is on the record proper, without bill of exceptions.  An examination of the record discloses no error or irregularity in the trial in the court below, and the judgment will be affirmed.

ANDERSON, C. J., and McCLELLAN and THOMAS, JJ., concur.

[1] 207 Ala. 615.

(94 South. 921)

HAMMEL v. RAMM.  (1 Div. 225.)  (Supreme Court of Alabama.  Nov. 14, 1922.)  Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

PER CURIAM.  Appeal dismissed by appellant.

(93 South. 923)

HIGH v. STATE.  (2 Div. 788.)  (Supreme Court of Alabama.  June 29, 1922.)  Appeal from Circuit Court, Bibb County; S. F. Hobbs, Judge.  Frank Head, of Centerville, for appellant.  Harwell G. Davis, Atty. Gen., for the State.

McCLELLAN, J.  The appeal is on the record only, without bill of exceptions.  No question of any character appears to have been made or raised on the trial.  The defendant appellant pleaded guilty to robbery from the person.  The jury returned a verdict of guilty as charged in the indictment, and imposed the death penalty.  There is no error in the record.  The judgment is affirmed.  All the Justices concur.

(94 South. 921)

HOFFMAN v. STATE.  (5 Div. 842.)  (Supreme Court of Alabama.  Jan. 11, 1923.)  Appeal from Circuit Court, Macon County; S. L. Brewer, Judge.  De Bardeleben & Russell, of Tuskegee, for appellant.  Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM.  Appeal dismissed on motion of appellant.

(94 South. 921)

Ex parte HOLCOMB.  (6 Div. 783.)  (Supreme Court of Alabama.  Jan. 4, 1923.)  Certiorari to Court of Appeals.  Denson & Ivey, of Birmingham, for petitioner.  Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J.  Petition of F. H. Holcomb for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of F. H. Holcomb v. State of Alabama, 94 South. 917.  Writ denied.

(93 South. 923)

Ex parte JOHNSON et al.  (4 Div. 999.)  (Supreme Court of Alabama.  June 8, 1922.  Rehearing Denied June 30, 1922.)  Certiorari to Court of Appeals.  Farmer, Merrill & Farmer, of Dothan, and Hill, Hill, Whiting & Thomas, of Montgomery, for petitioners.  Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J.  Petition of Mack P. Johnson and Allen Cleghorn for certiorari to the Court of Appeals to review and revise the judgment and decision of said court in the case of Mack P. Johnson and Allen Cleghorn v. State of Alabama, 18 Ala. App. 503, 93 South. 375.  Writ denied.